STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

June 5, 2012

HON. DAVID E. PEEBLES
US District Court
US Courthouse
P.O. Box 7345
100 South Clinton Street
Syracuse, New York 13261

    Re:    *SURLOCK -v- NYS OPWDD, et al*.
               NDNY: 11-CV-1121 (NAM/DEP)

Dear Judge Peebles:

    Defendants write in response to Plaintiffs' letter requesting a pre-motion conference in anticipation of Plaintiffs' filing a motion pursuant to FRCP 37.

    It is the Defendants' contention that involvement by the Court at this juncture is a waste of judicial resources. Plaintiffs have not yet responded to Defendants' initial demands and it is Defendants' position that any discussion of disclosure between the parties prior to the completion of those responses is premature at this time.

    On May 24, 2012, I advised Mr. Porta that we should wait until Plaintiffs had made a complete response to Defendants demands before we hold the meeting he is requesting, to discuss completing discovery. He refused the offer to have a meeting: "This office is unwilling to wait until after June 9, 2012 to discuss this matter. We intend to file a Motion to Compel on June 1, 2012 if you remain unwilling to meet and confer to discuss the production of the requested materials promptly."

    I continue to maintain that any discussion of disclosure between the attorneys should await Plaintiffs' responses to Defendant's initial discovery demands.

    Thank you very much for the Court's consideration of this matter.

                                                                   Respectfully yours,
                                                                   *s/ Heather R. Rubinstein*
                                                                   HEATHER R. RUBINSTEIN
                                                                   Assistant Attorney General
                                                                   Bar Roll No. 514307

cc: William J. Porta, Esq. (via cm/ecf)
     Michael H. Sussman, Esq. (via cm/ecf)